stating that the Government does not oppose the granting of the petition in No. 262, and also a memorandum for the United States, as *amicus curiae,* in No. 303, agreeing that the petition raises important questions of federal law appropriate for decision by this Court. *Russell T. Mount* for respondents in No. 303. Reported below: 197 F. 2d 795.

No. 178. DEPEW PAVING CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert Ash* for petitioner. *Acting Solicitor General Stern* and *Samuel D. Slade* for the United States.

No. 232. UNITED STATES *v.* SCHAEFFER ET AL. Court of Claims. Certiorari denied. *Philip B. Perlman,* then Solicitor General, and *Acting Solicitor General Stern* for the United States. *Solomon Dimond* for respondents.

No. 260. ARON *v.* SNYDER, SECRETARY OF THE TREASURY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harold G. Aron, pro se.*

No. 272. SHELL OIL CO. *v.* WILKIN ET AL.; and
No. 297. WILKIN ET AL. *v.* SHELL OIL CO. C. A. 10th Cir. Certiorari denied. *Geo. W. Cunningham* and *Gordon Watts* for petitioner in No. 272. *A. W. Gilliland* and *H. D. Moreland* for petitioners in No. 297 and respondents in No. 272.